TAM:BB:nl

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 06 369 |
| | ) | |
| v. | ) | |
| | ) | ( Conner , J.) |
| DENNIS R. SMITH, III, | ) | |
| | ) | |
| Defendant. | ) | (ELECTRONICALLY FILED) |

# INFORMATION

FILED
HARRISBURG, PA
OCT 2 7 2006
MARY E. D'ANDREA, CLERK
Per ______ Deputy Clerk

THE UNITED STATES ATTORNEY CHARGES:

1. At all times material to this Information:

A. The Pennsylvania Department of Community and Economic Development (DCED) was a state agency that received federal assistance in excess of $10,000 during a one-year period under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of federal assistance.

B. Thomas G. McGraw was employed by the DCED between May 2000 and August 2004. For most of this time period, McGraw held the title of Manager of Technology Initiatives within the Governor's Action Team (GAT), which was part of the DCED.

C. As Manager of Technology Initiatives, McGraw was responsible for identifying information technology (IT) companies inside and outside of Pennsylvania that might be encouraged to relocate to Pennsylvania or expand ongoing activities within Pennsylvania through offers of financial assistance. One type of

financial assistance offered by the DCED was the Opportunity Grant Program (OGP) which made funds available to businesses and did not have to be repaid if certain conditions were met.

D. Part of McGraw's duties and responsibilities as Manager of Technology Initiatives included meeting with business officials and analyzing whether a financial assistance package would be appropriate based on the company's particular needs and circumstances. If McGraw felt a financial assistance package was appropriate, he would put together a financial package and recommend to his superiors in the GAT and DCED to offer assistance to the company. Based in large part on McGraw's recommendations, the DCED awarded financial assistance, including opportunity grants, to the companies identified by McGraw.

E. The defendant, Dennis R. Smith, III, was the President of USTAAD Systems, an IT company located in Harrisburg and York, Pennsylvania.

2. Between on or about May 2001 and November 2002, in the Middle District of Pennsylvania, the defendant,

**DENNIS R. SMITH, III,**

did knowingly and corruptly give, offer, and agree to give something of value to Thomas G. McGraw with the intent to influence and reward Thomas G. McGraw in connection with a business, transaction, or series of transactions of the DCED involving something of value of $5,000 or more, that is, Dennis R. Smith, III, did agree to give money to Thomas G. McGraw with the intent to influence Thomas G. McGraw's official actions with

respect to a DCED opportunity grant for USTAAD Systems and did subsequently pay Thomas G. McGraw approximately $32,500 in connection with a $225,000 DCED opportunity grant awarded to USTAAD Systems which Thomas G. McGraw recommended for approval.

All in violation of Title 18, United States Code, § 666(a)(2).

Thomas A. Marino

**THOMAS A. MARINO**
**UNITED STATES ATTORNEY**