cc: Ct; AUSA Brandler; Deft Cnsl Gover; Deft (via cnsl); USP

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:06-CR-0369 |
| v. | : | |
| DENNIS R. SMITH, III, | : | (Judge Conner) |
| Defendant | : | |

FILED
HARRISBURG
NOV 29 2006
MARY E. D'ANDREA, CLERK
Per ______ Deputy Clerk

**WAIVER OF INDICTMENT**

I, DENNIS R. SMITH, III, the above-named Defendant, who is accused of Violation of Title 18, United States Code, Section 666(a)(2), Bribery Concerning Organizations Receiving Federal Funds, being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waives in open court on this day, November 29, 2006, prosecution by Indictment and consents that the proceeding may be by Information rather than by Indictment.

DENNIS R. SMITH, III

Counsel for Defendant

Before:

CHRISTOPHER C. CONNER
United States District Judge