cc: Ct; AUSA Brandler; Dft and Atty; Dft (via mail); USP

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 1:06-CR-0369** |
| **v.** | : | |
| | : | **(Judge Conner)** |
| **DENNIS R. SMITH, III,** | : | |
| **Defendant** | : | |

FILED
HARRISBURG
NOV 2 9 2006
MARY E. D'ANDREA, CLERK
Per [signature]
Deputy Clerk

**PLEA**

AND NOW, this 29 day of November, 2006, the within named defendant, DENNIS R. SMITH, III, hereby enters a plea of Guilty to the within Information.

[signature]
DENNIS R. SMITH, III, Defendant

[signature]
Witnessed by Counsel for Defendant